John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Fax: (865) 522-0049
Email: jnelson@milberg.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIMBERLING, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br><br> TRUCONNECT COMMUNICATIONS, INC., <br><br> Defendant. | Case No.: 3:23-cv-00517-MMA-MSB <br><br> Judge Michael M. Anello |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff Michael Kimberling, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Truconnect Communications, Inc., without prejudice.

Date: March 28, 2023                    Respectfully submitted,

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**


By: *s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Fax: (865) 522-0049
Email: jnelson@milberg.com

*Attorney for Plaintiff and
the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*s/ John J. Nelson*
John J. Nelson